```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

```
UNITED STATES OF AMERICA         *

vs.                              *   CRIMINAL NO. 21-00046-B
                                     USM NO. 13997-003
WALTER JULIOUS PORTERFIELD       *
```

## ORDER

For good cause shown and pursuant to the provisions of Fed.R.Cr.P. 36, governing the correction of clerical mistakes contained in the Judgment in a Criminal Case, the court hereby AMENDS <u>nunc pro tunc</u> the judgment which was entered in the above styled action on April 19, 2021, to read as follows:

<u>Page 3, Sheet 3, Part A – Supervised Release</u>:

4) the defendant shall submit his person, house, residence, vehicle(s), papers, [computers (as defined by 18 U.S.C. Section 1030(e)(1)) or other electronic communications or data storage devices of media], business or place of employment, and any other property under the defendant's control to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search in accordance with this condition may be grounds for revocation. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

DONE and ORDERED this 20th day of April, 2021.

```
                    s/SONJA F. BIVINS
                    UNITED STATES MAGISTRATE JUDGE
```